HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
AMY WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:21-CR-00224-DAD-BAM |
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER** |
| v. | |
| AMY WILLIAMS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the United States of America and

Defendant Amy Williams, by and through their respective counsel of record, that the condition

of pretrial release requiring Ms. Cynthia Lynn Isham to serve at Ms. William's third-party

custodian be removed from Ms. Williams' conditions of pretrial release (Condition Six).

Ms. Williams appeared before the Honorable Jennifer L. Thurston for an initial

appearance and arraignment on an indictment on September 20, 2021. ECF No. 8. On September

22, 2021, the Court held a detention hearing, during which the Court ordered Ms. Williams's

release subject to conditions, including the condition that her mother, Cynthia Lynn Isham serve

as a third-party custodian. ECF Nos. 11, 12.

Due to extenuating circumstances involving a pending family court proceeding and in

light of Ms. Williams' compliance with conditions of pretrial release, the parties stipulate to the

removal of Condition Six requiring Cynthia Lynn Isham serve as a third-party custodian. Ms.

1    Williams' PTS officer in the Central District of California supports Ms. Williams' request based

2    on her overall positive performance on PTS supervision, as does Pretrial Services Officer Brian

3    Bedrosian. The parties agree that the proposed modification is appropriate given the foregoing. A

4    hearing is not requested or needed given the parties' stipulation.

5            IT IS SO STIPULATED.

6

7    Dated:  July 7, 2022

8                                                    _/s/ Jaya Gupta_
                                                     JAYA C. GUPTA
9                                                    Assistant Federal Defender
                                                     Counsel for Defendant Amy Williams
10

11   Dated:  July 7, 2022

12                                                   _/s/ Stephanie Stokman_
                                                     STEPHANIE STOKMAN
13                                                   Assistant United States Attorney
                                                     Counsel for Plaintiff
                                                     United States of America
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>**ORDER**</u>

2          UPON THE PARTIES' STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS

3   HEREBY ORDERED THAT Condition Six of Defendant Amy Williams' conditions of pretrial

4   release requiring her mother, Cynthia Lynn Isham, to serve as a third-party custodian is removed.

5

6   IT IS SO ORDERED.

7   Dated:   **July 7, 2022**

8                                                     UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3