1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   AMY WILLIAMS

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:21-cr-00224-ADA-BAM |
   |---|---|
12 | Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |
13 | vs. | |
14 | AMY WILLIAMS, | |
15 | Defendant. | |

16

17

18         Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Amy Williams, having been

19 advised of her right to be present at all stages of the proceedings, hereby requests that this Court

20 permit her to waive her right to personally appear at the status conference hearing on October 25,

21 2023, at 1:00 p.m., and for all non-substantive proceedings in this matter pursuant to this waiver.

22 Ms. Williams agrees that her interests shall be represented at all times by the presence of her

23 attorney, Assistant Federal Defender, Reed Grantham, the same as if Ms. Williams were

24 personally present, and requests that this Court allow her attorney-in-fact to represent her

25 interests at all times.

26 //

27 //

28 //

Respectfully submitted,

Date:  October 18, 2023          *Original Signature on File*
                                  AMY WILLIAMS


                                  HEATHER E. WILLIAMS
                                  Federal Defender


Date: October 18, 2023           */s/ Reed Grantham*
                                  REED GRANTHAM
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  AMY WILLIAMS


# **O R D E R**

Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(3), defendant's appearance is waived for the status conference hearing on October 25, 2023, at 1:00 p.m. and for all non-substantive proceedings in this matter pursuant to this waiver until further order of the Court.

IT IS SO ORDERED.

Dated:   **October 18, 2023**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

Williams - Rule 43 Waiver

2