1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   AMY WILLIAMS
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | Case No. 1:21-cr-00224-NODJ-BAM-2
12 |        Plaintiff,            | **STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER**
13 | vs.                          |
14 | AMY WILLIAMS,                | Date:  May 28, 2025
   |                              | Time:  1:00 p.m.
15 |        Defendant.            | Judge: Hon. Barbara A. McAuliffe
16

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant

19 Federal Defender Reed Grantham, counsel for Amy Williams, that the status conference

20 currently scheduled for February 26, 2025, at 1:00 p.m. may be continued to May 28, 2025, at

21 1:00 p.m.

22         The parties agree and stipulate, and request that the Court find the following. Counsel for

23 Ms. Williams has been in the process of obtaining court records relevant for plea negotiation

24 purposes. Counsel is in receipt of the requested records and needs time to review these records.

25 In addition, the parties anticipate conferring in the coming weeks to discuss a resolution in this

26 matter. The parties do not anticipate requesting any further status conference in this matter. In

27 light of the above, the parties are requesting that the matter be continued to May 28, 2025, for a

28 further status conference. The requested continuance will conserve time and resources for the

1  parties and the Court. Counsel for defendant believes that failure to grant the above-requested
2  continuance would deny him the reasonable time necessary for effective preparation, taking into
3  account the exercise of due diligence. The government does not object to the continuance.
4      Based on the above-stated findings, the ends of justice served by continuing the case as
5  requested outweigh the interest of the public and the defendant in a trial within the original date
6  prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial
7  Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to May 28,
8  2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
9  3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at
10 defendant's request on the basis of the Court's finding that the ends of justice served by taking
11 such action outweigh the best interest of the public and the defendant in a speedy trial.

                      Respectfully submitted,

                      MICHELE BECKWITH
                      United States Attorney

Date: February 19, 2025        */s/ Stephanie Stokman*
                      STEPHANIE STOKMAN
                      Assistant United States Attorney
                      Attorney for Plaintiff

                      HEATHER E. WILLIAMS
                      Federal Defender

Date: February 19, 2025        */s/ Reed Grantham*
                      REED GRANTHAM
                      Assistant Federal Defender
                      Attorney for Defendant
                      AMY WILLIAMS

1 **O R D E R**

2   The request for a continuance is **denied**.  <u>Counsel are directed to meet and confer and
3 select a mutually convenient date for trial to be discussed at the next hearing date.</u>

5 IT IS SO ORDERED.

6   Dated: **February 19, 2025**          /s/ *Barbara A. McAuliffe*
7                                UNITED STATES MAGISTRATE JUDGE