| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
AMY WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00224-NODJ-BAM-2 |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET TRIAL CONFIRMATION AND TRIAL DATES; AND ORDER |
| vs. | |
| AMY WILLIAMS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Amy Williams, that the status conference hearing currently scheduled for February 26, 2025, at 1:00 p.m. may be vacated, and that a trial confirmation date be set on November 3, 2025, at 9:00 a.m. and a trial date be set on November 18, 2025, at 8:30 a.m.

The parties have met and conferred and agree to set this case for trial on November 18, 2025, and to exclude time to that date. This date has been cleared with the Court's clerk. The parties estimate the trial will last between 2 and 3 days. The parties have also agreed to set a trial confirmation hearing on November 3, 2025.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to November 18, 2025, inclusive, is deemed

excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: February 20, 2025          */s/ Stephanie Stokman*
                                 STEPHANIE STOKMAN
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: February 20, 2025          */s/ Reed Grantham*
                                 REED GRANTHAM
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 AMY WILLIAMS

# ORDER

IT IS SO ORDERED that the status conference set for February 26, 2025, is vacated. A jury trial is set for **November 18, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Estimate time of trial is **2-3 days**. A trial confirmation is set for **November 3, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded through trial pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

IT IS SO ORDERED.

Dated:   **February 20, 2025**         /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE