HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
AMY WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMY WILLIAMS,<br><br>Defendant. | Case No. 1:21-cr-00224-EJD-BAM-2<br><br>STIPULATION TO VACATE STATUS CONFERENCE, TRIAL CONFIRMATION, AND TRIAL DATE, AND TO SET CHANGE OF PLEA HEARING; AND ORDER |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Amy Williams, that the status conference currently scheduled for October 8, 2025, at 1:00 p.m., the trial confirmation currently scheduled for November 3, 2025, at 9:00 a.m., and the trial currently scheduled for November 18, 2025, at 8:30 a.m. may be vacated and a change of plea hearing be set for October 20, 2025, at 10:00 a.m.

The parties have executed a plea agreement in this matter, and, as a result, the parties are requesting to vacate the scheduled status conference, trial confirmation, and trial date as to Ms. Williams, and to set a change of plea hearing for October 20, 2025. This request is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties. The parties stipulate that for the purpose of computing time under the Speedy Trial Act,

1  the Court should exclude time from the date of this order through October 20, 2025, pursuant to
2  18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties agree that the ends of justice are served by
3  setting this change of plea hearing outweigh the best interest of the public and the defendant in a
4  speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 6, 2025          */s/ Reed Grantham*
                               REED GRANTHAM
                               Assistant Federal Defender
                               Attorney for Defendant
                               AMY WILLIAMS


ERIC GRANT
United States Attorney

Date: October 6, 2025          */s/ Stephanie Stokman*
                               STEPHANIE STOKMAN
                               Assistant United States Attorney
                               Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED. The status conference hearing currently set for October 8, 2025, the trial confirmation hearing currently set for November 3, 2025, and the trial currently set for November 18, 2025, is hereby vacated as to Ms. Williams. Additionally, a change of plea hearing is hereby set for **October 20, 2025, at 10:00 a.m. in Courtroom 5 before District Court Judge Dale A. Drozd**.

The time through October 20, 2025, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **October 7, 2025**            /s/ Barbara A. McAuliffe
                                                         UNITED STATES MAGISTRATE JUDGE