| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664<br>Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant<br>AMY WILLIAMS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00224-EJD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| vs. | |
| AMY WILLIAMS, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Amy Williams, that the sentencing hearing currently scheduled for January 12, 2026, at 9:30 a.m. may be continued to February 9, 2026, at 10:00 a.m.

Ms. Williams entered a plea of guilty to Count 12 of the Indictment on October 20, 2025. *See* Dkt. #115. The matter was then scheduled for sentencing on January 12, 2026. *See* Dkt. #115. The parties are herein requesting to continue sentencing this matter to February 9, 2026. Counsel for Ms. Williams is currently scheduled to begin a trial on December 3, 2025, that is expected to last between one and two weeks. Additionally, counsel for Ms. Williams has prior scheduled leave to occur over the holiday period. Preparation for the trial, the trial itself, and

counsel's leave will impact counsel's ability to sufficiently prepare for sentencing as currently scheduled in this matter on January 12, 2026. Accordingly, the parties are in agreement to continue this matter to February 9, 2026.

The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for both parties, including the assigned probation officer who will be preparing the Presentence Investigation Report in this matter. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 12, 2025          /s/ Reed Grantham
                                 REED GRANTHAM
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 AMY WILLIAMS


ERIC GRANT
United States Attorney

Date: November 12, 2025          /s/ Stephanie Stokman
                                 STEPHANIE STOKMAN
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, January 12, 2026, at 9:30 a.m. be continued to Monday, **February 9, 2026, at 10:00 a.m., in Courtroom 5 before District Judge Dale A. Drozd.**

Dated: November 13, 2025

_____
Troy L. Nunley
Chief United States District Judge